IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERYL MANOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 11-1147 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) CHIEF JUDGE GARY L. LANCASTER ) ) ELECTRONICALLY FILED |
| Defendant. | ) ) |

**ORDER**

AND NOW, this 4th day of Sept, 2012, upon consideration of Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA) and Defendant's Response thereto,

IT IS HEREBY ORDERED that Plaintiff, Sheryl Manos, is awarded attorney fees under the EAJA in the amount of Three Thousand Five Hundred Fourteen Dollars and Fifty-One Cents ($3,514.51). These attorney fees will be paid directly to Plaintiff, Sheryl Manos, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/s/ GL Lancaster
J.